IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON PARK BIOVENTURES, L.P.,** | : | |
| Movant, | : | |
| | : | |
| v. | : | Civ. No. 11-3044 |
| | : | |
| **SEBASTIAN HOLDINGS, INC.,** | : | |
| Respondent. | : | |
| | : | |

# O R D E R

**AND NOW**, this 10th day of February, 2012, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Confirm Arbitration Award *(Doc. No. 1)* is **GRANTED**.

2. The Cross-Motion to Vacate Arbitration Awards *(Doc. No. 7)* is **DENIED**.

3. The Arbitration Award and the Post Award for Fees and Costs are **CONFIRMED**.

4. Respondent shall pay Movant's attorneys' fees and costs in connection with this proceeding. Movant may submit an application for such fees and costs within fourteen days of the date of this Order, and Respondent may file a response to that application no later than fourteen days after the application is filed.

5. Respondent shall pay Movant pre- and post- judgment interest according to the terms of the Parties' Second Amended and Restated Limited Partnership Agreement.

6. The Clerk shall **CLOSE** this case for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.